1026

No. 90–683.   GEORGIA MARBLE CO. v. WHITLOCK ET UX. Sup. Ct. Ga.   Certiorari denied.

No. 90–685.   ALDAY v. CONTAINER CORPORATION OF AMERICA ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 90–688.   RUSSELL v. O'GRADY ET AL.   C. A. 7th Cir. Certiorari denied.

No. 90–690.   CHRISTY v. CHRISTY.   Ct. App. Cal., 5th App. Dist.   Certiorari denied.

No. 90–691.   EAST PRINCE FREDERICK CORP. v. BOARD OF COUNTY COMMISSIONERS OF CALVERT COUNTY, MARYLAND. Ct. App. Md.   Certiorari denied.

No. 90–694.   BROCKINGTON ET UX. v. CERTIFIED ELECTRIC, INC.   C. A. 11th Cir.   Certiorari denied.

No. 90–696.   HEIDEMAN ET UX. v. PFL, INC.   C. A. 8th Cir. Certiorari denied.

No. 90–698.   FIELDS ET AL. v. HALLSVILLE INDEPENDENT SCHOOL DISTRICT ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 90–699.   UNITED TRANSPORTATION UNION v. CSX TRANSPORTATION, INC.   C. A. 6th Cir.   Certiorari denied.

No. 90–700.   S & H CONTRACTORS, INC. v. A. J. TAFT COAL CO., INC.   C. A. 11th Cir.   Certiorari denied.

No. 90–701.   LOCKHART, SUPERINTENDENT, ARKANSAS DEPARTMENT OF CORRECTION, ET AL. v. SALAAM, AKA ROBINSON. C. A. 8th Cir.   Certiorari denied.

No. 90–706.   BRAHMS v. SCHWARTZ, GRIEVANCE ADMINISTRATOR, MICHIGAN ATTORNEY GRIEVANCE COMMISSION.   Sup. Ct. Mich.   Certiorari denied.